## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**MYRNA DORIS HURTADO DELGADO**
**aka MYRNA D HURTADO DELGADO**

Debtor(s)

Case No. 13-09384 (ESL)

Chapter 13

## AGREEMENT FOR SURRENDER OF SHARES

**TO THE HONORABLE COURT:**

**COMES NOW** Cooperativa de Ahorro y Crédito de la Asociación de Maestros de Puerto Rico (hereinafter "EDUCOOP") through the undersigned attorney and very respectfully inform this Honorable Court that they have consented to the following agreement in the instant case:

1. Debtor is indebted to **EDUCOOP**, as of the filing of this petition in the amount of $21,844.73 as a result of a personal loan obtained on December 13, 2012 (Note No.116583). This debt is secured by **$8,990.86 in** debtors' Shares, which are hereby surrendered, leaving **$12,853.87** to be considered an unsecured claim, regarding this loan.

**WHEREFORE**, it is most respectfully requested to this Honorable Court to enter an order approving this agreement. .

Re: Agreement for Surrender of Shares
In Re: MYRNA DORIS HURTADO DELGADO
Case No.: 13-09384 (ESL)

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this _2_ day of december of 2013.

**ROBERTO FIGUEROA CARRASQUILLO**
USDC **203614**
Attorney for Debtor
P.O. BOX 186
CAGUAS, PR 00726-0186
TEL.: 787-744-7699

**PEDRO I. TORRES AMADOR**
USDC 126609
Attorney for Appearing Creditor
PO Box 364966
San Juan, PR 00936-4966
Tel.: 787-767-9625
Fax : 787-622-3461

**JOSE RAMON CARRION MORALES**
Chapter 13 Trustee
PO BOX 9023884
San Juan, PR 00902-3884
TEL.: 787-977-3535

#Doc.334593